# ATTACHMENT 1

EXHIBIT FILED UNDER SEAL WITH THE CLERK'S OFFICE